IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TREY HARRIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

 Appellant,

v.

CASE NO. 1D17-1476

STATE OF FLORIDA,

 Appellee.

_____/

Opinion filed October 31, 2017.

An appeal from the Circuit Court for Washington County.
Timothy A. Register, Judge.

Andy Thomas, Public Defender, Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

No appearance for Appellee.

PER CURIAM.

 In this <u>Anders</u>[*] appeal, we affirm Appellant's judgment and sentence, but remand for the trial court to correct two scrivener's errors in the order revoking his

_____

[*] <u>Anders v. California</u>, 386 U.S. 738 (1967).

probation. Although Appellant was on probation for one count of grand theft, the revocation order states that he was on probation for two counts of grand theft. Additionally, while the State alleged, and the trial court orally pronounced its finding, that Appellant violated Conditions 5 and 6 of his probation by committing one new law offense and associating with a person engaged in criminal activity, respectively, the revocation order states that he violated his probation "[b]y violating Condition 5 by committing new law offenses." We, therefore, remand for the trial court to correct the revocation order. See Williams v. State, 138 So. 3d 1102, 1103 (Fla. 1st DCA 2014) (affirming a judgment and sentence in an Anders appeal, but remanding for the trial court to correct the revocation order to conform to its oral pronouncement as to which alleged violations supported revocation); see also Nickolas v. State, 66 So. 3d 1077 (Fla. 1st DCA 2011); Washington v. State, 37 So. 3d 376 (Fla. 1st DCA 2010). Appellant need not be present. See Williams, 138 So. 3d at 1103.

AFFIRMED and REMANDED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.